U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 20 2009

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-0376 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMES RAY COLEMAN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 35], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of the defendant, James Ray Coleman, and adjudges him guilty of the offense charged in Count One of the Indictment against him, reserving his right to appeal the adverse ruling on his motion to dismiss.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts Defendant, James Ray Coleman's agreement to forfeit the firearm and ammunition referenced in Count Two of the Indictment

THUS DONE AND SIGNED this 20 day of March, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE